UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN SLATER,

                    Petitioner,

              -v.-

KEYSER,

                    Respondent.

20 Civ. 3012 (KPF)

ORDER DIRECTING PAYMENT OF
FEE OR IFP APPLICATION

KATHERINE POLK FAILLA, District Judge:

Petitioner, proceeding *pro se*, brings this petition for a writ of habeas corpus. To proceed with a petition for a writ of habeas corpus in this Court, a petitioner must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Petitioner submitted the petition without the filing fee or an IFP application. Within two weeks of the date of this Order, Petitioner must either pay the $5.00 filing fee or complete and submit the attached IFP application. If Petitioner submits the IFP application, it should be labeled with docket number 20-CV-3012 (KPF). If the Court grants the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Petitioner fails to comply with this Order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied

for the purpose of an appeal. *Cf. Coppedge* v. *United States*, 369 U.S. 438,

444–45 (1962) (holding that appellant demonstrates good faith when seeking

review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 16, 2020
         New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge

---

*A copy of this Order was mailed by Chambers to:*

Marvin Slater
97-A-5198
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

_____

(full name(s) of the defendant(s)/respondent(s))

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed _in forma pauperis_ (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. _Are you incarcerated?_ ☐ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: _____

   If I am a prisoner, _see_ 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. _See_ 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No

   If "yes," my employer's name and address are:


   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

SDNY Rev: 8/5/2015

| | | | | |
|---|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ | Yes | ☐ | No |
| (d) Disability or worker's compensation payments | ☐ | Yes | ☐ | No |
| (e) Gifts or inheritances | ☐ | Yes | ☐ | No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ | Yes | ☐ | No |
| (g) Any other sources | ☐ | Yes | ☐ | No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.   How much money do you have in cash or in a checking, savings, or inmate account?

5.   Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6.   Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7.   List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8.   Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:*  I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____          _____
Dated                                                      Signature

_____          _____
Name (Last, First, MI)                          Prison Identification # (if incarcerated)

_____   City          State     Zip Code
Address

_____          _____
Telephone Number                               E-mail Address (if available)

IFP Application, page 2